**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARK JOHNSON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**-o0O0o-**

| | |
|---|---|
| **MARK JOHNSON,** | **No.   2:24-cv-02444-EFB** |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Michael O'Malley,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 20, 2025.

This is a second extension, though of only five days. Plaintiff's counsel began drafting this opening brief days ago, barely, but since then has had more work than expected, including drafting two prehearing briefs this week and appearing for those two hearings next week in other

cases like this. Also, though at nearly 1,200 pages this is no longer a long record for these cases, this case involves a 2012 alleged disability onset date, was filed in 2017, and returns to this Court after being remanded from the Ninth Circuit and then being denied again by an administrative law judge.


Dated:    January 10, 2025                          /s/    *Jesse S. Kaplan*
                                                    JESSE S. KAPLAN
                                                    Attorney for Plaintiff


Dated:   January 10, 2025                           */s/ per e-mail authorization*

                                                    JUSTIN L. MARTIN
                                                    Special Assistant U.S. Attorney
                                                    Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment to January 20, 2025, is granted.

SO ORDERED.


Dated: January 13, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE