**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARK JOHNSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MARK JOHNSON, | No.   2:24-cv-02444-EFB |
| Plaintiff, | |
| | STIPULATION AND ~~[proposed]~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Frank Bisgnano, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended, *nunc pro tunc,* to May 29, 2025.

This first extension for this reply brief is late. Plaintiff's counsel essentially made a mistake. He had to redistribute the due dates for at least three other briefs because they all fell due very close together but omitted doing so for this one, at least in part because of confusing this case

with that of another client whose reply brief did get completed around when that redistribution began.

Dated:  May 27, 2025               /s/    *Jesse S. Kaplan*
                                   JESSE S. KAPLAN
                                   Attorney for Plaintiff

Dated:  May 27, 2025                */s/ per e-mail authorization*

                                   MARY TSAI
                                   Special Assistant U.S. Attorney
                                   Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's reply brief is extended to May 29, 2025.

SO ORDERED.

Dated: May 29, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2